| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Rosario Perry (SBN: 55061)<br>Law Offices of Rosario Perry<br>312 Pico Boulevard<br>Santa Monica, California 90405<br>(310) 394-9831<br><br>☐ Individual appearing without counsel<br>☒ Attorney for: TRUE HARMONY | **FILED**<br>DEC 2 9 2003<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk<br><br>**ENTERED**<br>DEC 2 9 2003<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>TRUE HARMONY INC, Calif Corp<br>AKA TURNER'S TECHNICAL INSTITUTE<br><br>Debtor(s). | CHAPTER: 7 - Involuntary<br>CASE NO.: 03-40644BB<br>DATE: 12/23/03<br>TIME: 10:30 a.m.<br>CTRM: 1475<br>FLOOR: 14th |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)
### (MOVANT: TRUE HARMONY, INC )

1. The Stay Motion was:    ☒ Contested    ☐ Uncontested    ☐ Settled by stipulation

2. The Stay Motion affects the following non-bankruptcy case or administrative proceeding:

    Case name:    HOPE PARK LOFTS, et al. v. GLADSTONE HOLLAR, et al.

    Docket number:    BC244718

    Court or agency where pending: - Los Angeles Co. Sup. Court - Dept 64

3. The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a. ☒ Terminated as to Debtor and Debtor's estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. Movant may proceed in the non-bankruptcy forum to final judgment (including any appeals) in accordance with applicable non-bankruptcy law.

*(Continued on next page)*



This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised November 1999

**351NA**



Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 2 of* 5    **351NA**

| In re | (SHORT TITLE) | CHAPTER: 7 - Involuntary |
|---|---|---|
| TRUE HARMONY | Debtor(s). | CASE NO.: 03-40644BB |

6. **Limitations on Enforcement of Judgment:** Movant is permitted to enforce its final judgment by *(specify all that apply)*:

   a. ☐ Collecting upon any available insurance in accordance with applicable non-bankruptcy law.

   b. ☐ Filing a Proof of Claim in this bankruptcy case pursuant to 11 U.S.C. § 501.

   c. ☐ Proceeding against the Debtor(s) as to NON-estate property or earnings.

   d. ☐ Timely bringing an 11 U.S.C. § 523 and/or § 727 action.

7. ☒ Other (see attached continuation page for additional provisions).

8. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective in any bankruptcy case commenced by or against the Debtor(s) for a period of 180 days from the hearing of this Motion.

   b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

   c. ☒ See attached continuation page for additional provisions.

DATED: 12/29/03

_____
UNITED STATES BANKRUPTCY JUDGE

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised November 1999*    **351NA**

Order Granting Motion for Relief from Stay - Page 3 of 5     **351ER**

| In re (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|
| TRUE HARMONY | Debtor(s). | CASE NO.: LA03-40644BB |

*(OPTIONAL)*

## EXTRAORDINARY RELIEF ATTACHMENT
(MOVANT: TRUE HARMONY )

*(This Attachment is the continuation page for Paragraph 7/8 of the foregoing Order)*

Based upon evidence of efforts by Debtor(s) or others acting in concert with Debtor(s) to delay, hinder or defraud Movant by abusive bankruptcy filings, this Court further orders as follows:

1. [X] This Order is binding and effective in any bankruptcy case commenced by or against any successors, transferees, or assignees of the above-named Debtor(s) for a period of 180 days from the hearing of this Stay Motion
   - [ ] without further notice.
   - [X] upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

2. [X] This Order is binding and effective in any bankruptcy case commenced by or against any debtor(s) who claim(s) any interest in the Property for a period of 180 days from the hearing of this Stay Motion
   - [ ] without further notice.
   - [X] upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

3. [X] This Order is binding and effective in any bankruptcy case, pending or future, no matter who the debtor(s) may be
   - [ ] without further notice.
   - [X] upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

4. [X] The Debtor(s) is/are hereby enjoined from transferring all or any portion of the Property for a period of __180__ days from the hearing of this Stay Motion except as may be authorized by further order of this Court, and any transfer in violation of this Order is void.

5. [ ] The Sheriff or Marshal may evict the Debtor(s) and any other occupant from the subject Property regardless of any future bankruptcy filing concerning the Property for a period of 180 days from the hearing of this Stay Motion
   - [ ] without further notice.
   - [ ] upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

6. [X] Other *(specify):* see attached *[initials]*

*[Judge's Initials]*

---

This form is OPTIONAL TO THE JUDGE and may only be used if the judge to whom the case has been assigned allows such extraordinary relief to be requested by motion. Many judges require the filing of an adversary proceeding to obtain some or all of these forms of relief.

Revised November 1999     **351ER**

ORDER GRANTING ENTRY OF ORDER RELIEF FROM STAY ATTACHMENT

1.    The authomatic stay is annulled solely to allow the administrative act of scheduling the trial for January 5, 2003, in the underlying state court action titled HOPE PARK LOFTS v. HOLLAR and bearing Los Angeles Superior Court Case Number BC244718.  Any other acts in violation of the automatic stay are void.

SAS

Order on Motion for Relief from Stay (Non-bankruptcy Action) - Page __ **351NA**

| In re | (SHORT TITLE) | CHAPTER: 7 - Involuntary |
|---|---|---|
| TRUE HARMONY | Debtor(s). | CASE NO.: 03-40644BB |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

**TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:**

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that an ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (in whole or in part) was entered on *(specify date)*: 12/23/03    **DEC 29 2003**

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*:
   **DEC 29 2003**

Dated: **DEC 29 2003**

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised November 1999    **351NA**

SERVICE OF PROCESS LIST
IN RE CHAPTER 7 - INVOLUNTARY BANKRUPTCY
TRUE HARMONY – LA03-40644

**Debtor**
True Harmony, Inc.
Aka Turner's Technical Institute, Inc.
1211 West Bennett
Compton, California 90220

**Debtor's Attorney**
Rosario Perry
Law offices of Rosario perry
312 Pico Boulevard
Santa Monica, California 90405

**Chapter 13 Trustee**
Nancy K. Curry
606 South olive Street, Suite 1850
Los Angeles, California 90014

**U.S. Bankruptcy Trustee**
725 South Figueroa Street
26th Floor
Los Angeles, California 90017

**Petitioning Creditors**

Debbie Nash
1948 Shenandoah Drive, Apt. No. 3
Los Angeles, California 90034
Case No. LA03-40644BB

Clearview Investment Corporation
7177 Alvern, Suite F-318
Los Angeles, California 90045
Case No. LA03-40647BB

Deon Mimbs
7177 Alvern, Suite F-318
Los Angeles, California 90045
Case No. LA03-40647

Iris Fay Warren
1804 South Ardmore Avenue
Los Angeles, California 90006

Gladstone Hollar
3422 West Washington Boulevard
Los Angeles, California 90018

Joey Davis
6230 Wilshire Boulevard, #1206
Los Angeles, California 90048
Case No. LA-03-36180BB

## ALL PARTIES TO LOS ANGELES CO. SUPERIOR COURT CASE NO. BC244718

### PARTIES SERVED AS CLAIMANTS
JOEY DAVIS
GLADSTONE HOLLAR
IRIS FAY WARREN
CLEARVIEW INVESTMENT CORPORATION
TRUE HARMONY fka TURNER'S TECHNICAL INSTITUTE

## NON-CLAIMANT PARTIES TO STATE COURT ACTION

Casey Hull, Esq.
Law Offices of Rick Edwards
1925 Century Park East
20th Floor
Los Angeles, CA 90067-2721


Fred Rucker
LAW OFFICES OF FRED RUCKER
1800 Century Park East
Suite 400
Los Angeles, California 90067-1507


William J. Houser, Esq.
18731 Strathern Street
Reseda, California 91335