"FILED"

DEBBIE NASH
1948 S. Shenandoah, Unit 3
Los Angeles, CA 90034
(323) 960-7662

04 MAR -1 PM 12: 44

Defendant In Pro Per

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | CASE #: LA-03-40644BB |
| TRUE HARMONY fka TURNER TECHNICAL INSTITUTE, INC., | CHAPTER 7 |
| ALLEGED Debtor, | JUDGE: HONORABLE SHERI BLUE BOND |
| DEBBIE NASH, | NOTICE OF |
| PETITIONING CREDITOR | 1) NON-COMPLIANCE TO LBR 9021-1 "ORDERS AND JUDGMENTS"<br>2) REQUEST THAT COURT COMPLY WITH LBR 9021-1 |

COMES NOW PETITIONING CREDITOR, DEBBIE NASH, an individual,

_____  2-26-04
DEBBIE NASH      DATE

1
COMPLAINT FOR DECLARATORY JUDGMENT AND FRAUD



LBR 9021-1

# LOCAL BANKRUPTCY RULE 9021-1

## ORDERS AND JUDGMENTS

**(a) PREPARATION, LODGING AND SIGNING OF DOCUMENTS**

(1) <u>Orders and Judgments</u>. Except for orders incorporated with stipulations as allowed under subparagraph (a)(2) below, all orders or judgments shall be set forth in a separately captioned document complying with Local Bankruptcy Rule 1002-1, which shall include the notice of entry and the proof of service (if required). All proposed orders or judgments shall be accompanied by a proof of service, reflecting notice to the proper parties, except for orders submitted at the hearing.

(A) Who Shall Prepare. Unless the court otherwise directs, all orders and judgments shall be prepared by the attorney for the prevailing party.

(B) When Due. If not presented at the hearing, such orders and judgments shall be served and lodged with the clerk within 7 court days of the granting thereof. Except as provided for in Local Bankruptcy Rules 9013-1(e) and 7016-1(b)(1), in no case shall an order be lodged prior to the hearing on the underlying matter.

(C) Failure to Submit Timely Order or Judgment. If the prevailing party fails to serve and lodge a proposed order or judgment within the allotted time, then any other party present at the hearing may lodge and serve a proposed order. All other parties shall have 7 court days within which to file and serve an objection in compliance with Local Bankruptcy Rule 9021-1(a)(4). If no one submits a proposed order or judgment, the court may prepare and enter such order or judgment as it may deem appropriate, including an order to show cause why the motion or proceeding should not be dismissed without prejudice for failure to prosecute.

(D) Copies and Envelopes. Except for orders that are subject to Bankruptcy Noticing Center (BNC) noticing (e.g., an order dismissing the case), the original order or judgment shall be accompanied by copies and stamped, addressed envelopes for all parties entitled to notice of the entry of the order or judgment pursuant to F.R.B.P. 9022, or as the court directs. The party submitting the order shall submit a copy and stamped, self-addressed envelope for the return of a conformed copy.



FILED

**United States Bankruptcy Court
Central District of California
The Honorable Sheri Bluebond, Presiding
Courtroom 1475 Calendar**

Wednesday, February 11, 2004                                         Hearing Room 1475

---

**10:00 am**
**03-40644**     **TRUE HARMONY INC**                               **Chapter 07**
**#12**          Cont'd Status Conference on Involuntary Chapter 7 Case

1-14-04
                        Docket #: 5          Related #:


**Courtroom Deputy:**

1/28/04 - Clerk has received a Summons and Notice of Status Conference for an Adversary Proceeding. However, this Case does not have an Adversary Proceeding pending nor filed on it. Summons has not been issued and therefore the summons has been returned/rejected back to the Petitioning Creditor, Debbie Nash.

2/4/04 - Petitioning Creditor submitted a cover letter to issue an alias summons. Alias summons issued on 2/4/04.

**Matter Notes:**

   GRANTED: _____

   GRANTED IN PART/
   DENIED IN PART: _____

   GRANTED W/
   CONDITIONS: _____

   DENIED: _____

   CONT'D. TO: _____

   ADEQUATE PROTECTION
   ORDER: _____

   WITHDRAWN: _____

*[Handwritten notes: Invol. Case should be dismissed - order to follow - from Renee Rodriguez]*

# Docket for Case 03-40644
# TRUE HARMONY INC

| Filing Date | Entry No. | Image | Entry |
|---|---|---|---|
| 02/11/2004 | 18 Related Docs | Image: 2 Pages; 81 KB; PDF | Hearing held on 2/11/04 RE: Cont'd Status Conference on Involuntary Chapter 7 Case; CASE SHOULD BE DISMISSED ORDER TO FOLLOW FROM RENEE' RODRIGUEZ RE: Item #5 [EOD 02/12/2004][SQ ] |
| 02/09/2004 | 17 Related Docs | Image: 5 Pages; 150 KB; PDF | Summons service executed RE: Item #16 [EOD 02/10/2004][SQ ] |
| 02/04/2004 | 16 Related Docs | Image: 2 Pages; 58 KB; PDF | Alias summons issued on 2/4/04. STATUS CONFERENCE: hearing on 02/11/2004 at 10:00 a.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012 RE: Item #2 [EOD 02/04/2004][WAW] |
| 01/14/2004 | 15A Related Docs | No | Status conference date continued hearing on 02/11/2004 at 10:00 a.m. at 255 E. Temple St., Courtroom 1475, Los Angeles, CA 90012 RE: Item #5 [EOD 01/15/2004][SQ ] |
| 01/14/2004 | 15 Related Docs | Image: 1 Page; 33 KB; PDF | Hearing held on 1/14/04 RE: Status Conference on Involuntary Chapter 7 Case; CONTINUED TO 2/11/04 AT 10:00 A.M. RE: Item #5 [EOD 01/15/2004][SQ ] |
| 01/13/2004 | 14 Related Docs | Image: 3 Pages; 65 KB; PDF | Notice of 1ST amended involuntary petition and request for 20 day continuance of; filed by Debbie Nash, Defendant in Pro Per; with proof of service RE: Item #13 [EOD 01/13/2004][SQ ] |
| 01/12/2004 | 13 Related Docs | Image: 6 Pages; 191 KB; PDF | Amendment/Amended FIRST and Request for 20 day continuance; declaration of Debbie Nash; filed by Debbie Nash, Petitioning Creditor And RE: Item #1 RE: Item #5 [EOD 01/12/2004][SQ ] |
|  |  |  | ORDER granting (in whole or in part) |